# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONNIE J. NIXON                                                                          PLAINTIFF

V.                                    3:10CV00006 WRW/JTR

LARRY MILLS,
Sheriff of Poinsett County, et al.                                                    DEFENDANTS

# ORDER

On February 1, 2010, the Court entered an Order directing Plaintiff to file a Second Amended Complaint within thirty days. *See* docket entry #7. That Order has recently been returned to the Court as undeliverable because Plaintiff has been transferred from the Poinsett County Detention Center to the Craighead County Detention Center. *See* docket entries #9 and #10.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to mail a copy of this Order and the February 1, 2010 Order (docket entry #7) to Plaintiff at the Craighead County Detention Center.

2. Plaintiff shall file his Second Amended Complaint, in compliance with the instructions set forth in the February 1, 2010 Order, **on or before March 16, 2010.**

3. Plaintiff is reminded that the failure to timely and properly do so will result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 11th day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE