**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RONNIE J. NIXON                                                                                          PLAINTIFF

V.                                              3:10CV00006 WRW/JTR

LARRY MILLS,
Sheriff of Poinsett County, et al.                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Partial  Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Reconsideration (docket entry #21) is GRANTED, and that the April 12, 2010 Order of Dismissal and Judgment (docket entries #18 and #19) are VACATED.

2.      The Clerk is directed to REOPEN this case, refer the case to Magistrate Judge J. Thomas Ray for recommended disposition, and to mail Plaintiff a freeworld Application to Proceed *In Forma Pauperis.*

3.      Plaintiff shall file a freeworld Application to Proceed *In Forma Pauperis* within **thirty days of the entry of this Order.**

4.      Plaintiff is reminded that this case will be dismissed, without prejudice, if he fails to timely and properly comply with this Order.

Dated this 12th day of May, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE