**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**


RONNIE J. NIXON                                                                              PLAINTIFF


V.                                          3:10CV00006 WRW/JTR


LARRY MILLS,
Sheriff of Poinsett County, et al.                                                   DEFENDANTS


**<u>JUDGMENT</u>**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED,

WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's

May 12, 2010 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in

forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would

not be taken in good faith.

DATED this 20th day of August, 2010.


                                                              /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE